

# IN THE
# TENTH COURT OF APPEALS

## No. 10-10-00429-CV

**KEITH THOMAS,**

**Appellant**

 **v.**

**SUE ALLEN,**

**Appellee**

**From the County Court at Law
Ellis County, Texas
Trial Court No. 10-C-3789**

## MEMORANDUM  OPINION

Appellant has filed an "Uncontested Motion to Dismiss Appeal."  *See* TEX. R. APP. P. 42.1(a)(1).  It states that Appellant and Appellee have entered into a settlement agreement and that Appellee does not oppose dismissal of this appeal.  Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled.  The motion is granted, and the appeal is dismissed.

REX D. DAVIS
Justice


Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Motion granted; appeal dismissed
Opinion delivered and filed December 22, 2010
[CV06]